UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PAMELA HANSHAW                                                                                         PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:14-CV-216-JHM

LIFE INSURANCE COMPANY OF
NORTH AMERICA                                                                                     DEFENDANT

## ORDER

This matter is before the court on the defendant's motion for limited discovery. (DN 8.) The defendant, Life Insurance Company of North America, explains that such discovery is necessary for it to respond to the plaintiff, Pamela Hanshaw's motion to remand. The defendant seeks discovery on two jurisdictional issues, the amount in controversy and the applicability of federal law to the long term disability plan at issue, under the Employment Retirement Income Security Act. The plaintiff objects that such jurisdictional discovery is disfavored in this judicial circuit, citing *May v. Wal-Mart Stores, Inc.*, 751 F.Supp.2d 946 (E.D.Ky. 2010), and other case law, in support of the proposition that proper jurisdiction must be apparent at the time of removal.

The magistrate judge is persuaded by these authorities and likewise concludes that federal supervision of discovery in a matter over which the court may not have federal jurisdiction is "anathema to the limited nature of federal jurisdiction and the need to respect the authority of state courts." *Id.* at 950. Accordingly,

**IT IS HEREBY ORDERED** that the motion for limited discovery is **DENIED**. The defendant shall file a response to the plaintiff's motion to remand no later than **thirty days from the date of this order**.

DATE: